# STEWART LEE KARLIN LAW GROUP, P.C.
## Stewart Lee Karlin, Esq.
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (212) 732-4443/Fax
## slk@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

Concentrating in Employment, Education and Insurance Law

Website: www.stewartkarlin.com

January 14, 2021

**Via ECF**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

**MEMO ENDORSED**

Re:   **Greenbaum v. New York City Transit Authority et al.**
      **20 CV 771 (DLC)**

Dear Judge Cote:

Plaintiff is writing this letter for the Court to reconsider the denial of Plaintiff's motion pursuant to Federal Rules of Civil Procedure 59 and 60. (Dkt No. 30) Plaintiff apologizes to the Court for not being clear in the letter requesting additional time for the submission of summary motions. The reason for the request was that Plaintiff (not just Defendant) was also planning on filing a summary judgment motion as well since the issue involves a reasonable accommodation, not an issue that turns on discriminatory intent. The reason for the additional time as explained in Plaintiff's initial letter attached as Exhibit "A" was Counsel for Plaintiff contracting Covid. For the reasons set forth in the prior letter, Plaintiff would request the Court reconsider its denial of the extension of time to allow Plaintiff to file a summary judgment motion as well.

Thus, Plaintiff respectfully requests the Court reconsider its prior order and grant the extension and allow the following schedule:

   1.   Deadline to file Summary Judgment Motions-February 5, 2021;

1

2.      Deadline to serve opposition papers-February 26, 2021;

3.      Deadline to file reply papers-March 12, 2021.

Thank you for your consideration herein.

Very truly yours,

*s/Stewart Lee Karlin*
STEWART LEE KARLIN

cc: Miriam J. Manber, Esq. via ECF

```
Granted.  Any motion for summary judgment by
either party is due February 5, 2021.  The
parties' oppositions are due February 26.
Replies are due March 12.

In the event neither party moves for summary
judgment on February 5, then the joint pretrial
order in this action shall be filed on that
date.  There shall be no further extensions of
the February 5 deadline.  01.15.21.
```

DENISE COTE
United States District Judge

2