UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
STEVEN GREENBAUM,                         :
                    Plaintiff,            :     20cv771 (DLC)
                                          :
           -v-                            :        ORDER
                                          :
NEW YORK CITY TRANSIT AUTHORITY,          :
METROPOLITAN TRANSPORTATION               :
AUTHORITY CORPORATION, and MANHATTAN      :
AND BRONX TRANSIT OPERATING SYSTEM        :
AUTHORITY,                                :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On May 12, 2021, counsel for the defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:  New York, New York
        May 12, 2021

                              _____
                                       DENISE COTE
                              United States District Judge