**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEVEN GREENBAUM,

                           Plaintiff,                      20 **CIVIL** 771 (DLC)

              -against-                            **JUDGMENT**

NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY CORPORATION, and MANHATTAN
AND BRONX SURFACE TRANSIT OPERATING
AUTHORITY,
                           Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 25, 2021, the Defendants' February 5, 2021 motion for summary judgment is granted; the Plaintiff's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           June 25, 2021

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                         **BY:**      K. Mango
                                                                 **Deputy Clerk**