```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STEVEN GREENBAUM,                        :
                                         :     20cv771 (DLC)
                         Plaintiff,      :
                                         :        ORDER
            -v-                          :
                                         :
NEW YORK CITY TRANSIT AUTHORITY, et      :
al.,                                     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned action had been placed on the trial-ready calendar for the month of February 2023. Accordingly, it is hereby

ORDERED that the trial in this action will commence on **February 13, 2023.** Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines as well as the Order issued on September 9, 2022.

IT IS FURTHER ORDERED that a final pretrial conference will be held on January 27, 2023 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         December 12, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge