UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :
STEVEN GREENBAUM,                       :        20cv771 (DLC)
                                        :
                          Plaintiff,    :           ORDER
              -v-                       :
                                        :
NEW YORK CITY TRANSIT AUTHORITY et      :
al.,                                    :
                                        :
                          Defendants.   :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

    On December 15, 2022, the defendants moved to enforce the
parties' settlement agreement.  It is hereby

    ORDERED that the plaintiff shall file any opposition to the
motion to enforce the parties' settlement agreement by **January
6, 2023**.  A reply, if any, shall be filed by **January 11, 2023**.
At the time any reply is filed, the moving party shall supply
Chambers with two (2) courtesy copies of all motion papers by
mailing or delivering them to the United States Courthouse, 500
Pearl Street, New York, New York.


Dated:    New York, New York
          December 15, 2022

                              _____
                                        DENISE COTE
                              United States District Judge